# Court of Appeals
# of the State of Georgia

ATLANTA, August 11, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2173. MALLORY MCCLARITY v. STATE OF GEORGIA.

In this forfeiture action, on October 18, 2024, the trial court entered an order of forfeiture. Claimant Mallory McClarity filed a motion to vacate the forfeiture order, which the trial court denied on March 4, 2025. On March 19, 2025, the trial court issued an order distributing the forfeited property. On April 25, 2025, McClarity filed a notice of appeal, seeking to appeal both the trial court's order denying his motion to vacate and its order of distribution. We lack jurisdiction.

Pretermitting the issue of whether McClarity was required to file a discretionary application, see OCGA § 42-12-8, cross-referencing OCGA § 5-6-35, a notice of appeal must be filed within 30 days after entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Here, McClarity's notice

of appeal was filed 37 days after entry of the more recent order he seeks to appeal and therefore was untimely. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___08/11/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.